

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00544-CV

Liborio **SOLIS**,
Appellant

v.

Maria **SOLIS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-06368
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT. The trial court clerk is ORDERED to send a copy of its August 12, 2014 order to appellant Liborio Solis. It is further ORDERED that no costs shall be assessed against appellant Liborio Solis in relation to this appeal because he qualifies as an indigent. *See* TEX. R. APP. P. 20.

SIGNED November 19, 2014.

_____
Rebeca C. Martinez, Justice